**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s)**: _____     Caption [use short title] _____

**Motion for:** _____

Set forth below precise, complete statement of relief sought:

_____

_____

_____

_____

**MOVING PARTY:** _____     **OPPOSING PARTY:** _____
☐ Plaintiff          ☐ Defendant
☐ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** _____     **OPPOSING ATTORNEY**: _____
[name of attorney, with firm, address, phone number and e-mail]

_____     _____

_____     _____

_____     _____

_____     _____

Court-Judge/Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes ☐ No (explain):_____

_____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?          ☐ Yes ☐ No
Has this relief been previously sought in this Court?   ☐ Yes ☐ No
Requested return date and explanation of emergency:_____

Is oral argument on motion requested?     ☐ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?     ☐ Yes ☐ No If yes, enter date:_____

**Signature of Moving Attorney:**
_____**Date:** _____     Has service been effected?  ☐ Yes  ☐ No [Attach proof of service]

**ORDER**

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED  DENIED**.

**FOR THE COURT:**
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____     By: _____

**Form T-1080**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

- - - - - - - - - - - - - - - - - -X

USA v. WIGGINS

- - - - - - - - - - - - - - - - - -X

DECLARATION IN SUPPORT
OF MOTION TO WITHDRAW
APPEAL

Docket No. 14-1593

DAVID C. JAMES declares, pursuant to 28 U.S.C. § 1746:

1.  I am an Assistant United States Attorney in the Eastern District of New York. The United States is the appellant in this matter. I submit this declaration in support of the government's motion to withdraw the appeal.

2.  This appeal arises from an order of the United States District Court for the Eastern District of New York granting the defendant's motion to suppress evidence.

3.  The United States filed a notice of appeal from the district court's order on May 1, 2014. Pursuant to the government's scheduling notification letter, which the Court has so ordered, the government's appellate brief would be due on August 18, 2014.

4.  After the government filed its notice of appeal, the parties reached a plea agreement. Pursuant to that agreement, the defendant entered a guilty plea on May 20, 2014 and was sentenced on July 18, 2014. The plea agreement also provided that the government would move to withdraw the instant appeal after the sentencing. Accordingly, the government now moves to withdraw the appeal.

5.  Michael D. Weil, Esq., counsel for the defendant, consents to the relief sought by this motion.

6.      For the reasons stated, the government's motion should be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  Brooklyn, New York
        July 22, 2014


                              _____/s/_____
                                    DAVID C. JAMES